# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SAMUEL OROZCO-MARTINEZ,**
        Petitioner,

    v.                                     Case No. 12-C-0903

**JEFFREY PUGH, Warden,**
**Stanley Correctional Institution,**
        Respondent.

## ORDER

Samuel Orozco-Martinez has filed a habeas petition pursuant to 28 U.S.C. § 2254. In an order dated September 13, 2012, I ordered the respondent to file an answer to the petition. In that same order, I set out a briefing schedule for briefing the merits of the petition. Pursuant to that schedule, petitioner was to file his brief in support of his petition within 45 days of the date on which respondent filed his answer. The respondent filed his answer on October 15, 2012, and he filed a supplement to his answer on November 13, 2012. Petitioner's brief was thus due no later than the end of December 2012. However, to date, petitioner has not filed a brief.

Petitioner is hereby warned that unless he files a brief in support of his petition by February 25, 2013, I will assume that he has abandoned this case and will dismiss it.

**SO ORDERED** at Milwaukee, Wisconsin, this 23rd day of January, 2013.

                                    s/ Lynn Adelman
                                    _____
                                    LYNN ADELMAN
                                    District Judge