UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAMUEL OROZCO-MARTINEZ,
         Petitioner,

   v.                                                     Case No. 12-C-0903

JEFFREY PUGH, Warden,
Stanley Correctional Institution,
         Respondent.

## ORDER

The petitioner has filed a motion for reconsideration of my decision to deny his habeas petition. I have reviewed the motion and see no basis for reconsidering the decision. Therefore, the motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 6th day of May, 2014.

                                      s/ Lynn Adelman
                                      _____
                                      LYNN ADELMAN
                                      District Judge